UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21634-BLOOM

MATTHEW ALEXANDER KING,

    Plaintiff,

v.

WARDEN CARLTON,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF *IN FORMA PAUPERIS* STATUS

**THIS CAUSE** is before the Court upon Plaintiff Matthew Alexander King's ("Plaintiff") Corrected Application to Proceed in District Court without Prepaying Fees or Costs (Short Form), ECF No. [20] ("Corrected Application"). The Court denied Plaintiff's first Application for Leave to Proceed without Prepaying Fees, ECF No. [15], finding that Plaintiff's financial affidavit was insufficient to establish indigency because he failed to answer any questions regarding his financial status. ECF No. [19] at 2. Plaintiff was ordered to either pay the $402.00 filing fee or submit a completed Application to Proceed without Prepaying Fees. *Id.* After review of the Corrected Application, the Court finds that Plaintiff is entitled to proceed *in forma pauperis*.

The Corrected Application is governed by 28 U.S.C. § 1915(b). A prisoner granted leave to proceed *in forma pauperis* is required to pay the $350.00 filing fee but may do so in installments. *See* 28 U.S.C. § 1915(b). Plaintiff must make an initial payment of "20 percent of the greater of — (A) the average monthly deposits to the prisoner's account; or (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal." *Id.* § 1915(b)(1). In addition to the initial filing fee, Plaintiff must "make monthly payments of 20 percent of the preceding month's income credited to the prisoner's

account." *Id.* § 1915(b)(2). This filing fee will be collected even if the Court dismisses the case because it is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks money damages against a defendant who is immune from such relief. *See id.* § 1915(e)(2).

Here, Plaintiff is a prisoner incarcerated at the Federal Detention Center in Miami. ECF No. [20] at 1. He previously submitted his inmate account statement showing all transactions in the six months preceding the filing of the Complaint. ECF No. [15] at 3; *see* ECF No. [1] (Plaintiff's Complaint was docketed on April 28, 2021). Plaintiff's financial affidavit and his account statement entitle him to proceed *in forma pauperis*. Based on the inmate account statement, the average balance in his account from November 2020 through April 2020, the six months preceding the filing of this action, was $1,274.39 and the average deposit was $108. The Court has calculated an initial partial filing fee of $254.87, 20 percent of the average monthly balance. If Plaintiff fails to timely make the initial partial payment, the case will be dismissed without further notice. *See* Fed. R. Civ. P. 41(b) (permitting dismissal when a plaintiff either fails to prosecute or fails to respond to a court order).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Corrected Application, **ECF No. [20]**, is **GRANTED** to the extent Plaintiff need not prepay the entire filing fee costs and service of process fees of this case except that the filing fee of $350.00 must be paid as follows: on or before **July 12, 2021**, Plaintiff shall pay the sum of $254.87 to the Clerk of Court. This amount represents 20 percent of $1,274.39, which is the average monthly balance in Plaintiff's account for the six months preceding filing of this Complaint. Again, the failure to pay the initial filing fee will result in dismissal of this case.

2. Plaintiff shall put the case number on the check or money order so the Clerk can docket the payment in the correct case.

3. Thereafter, Plaintiff must make payments of 20 percent of the preceding month's

income credited to his account. The facility having custody of the prisoner must make payments from the prisoner's account to the Clerk of the Court each time the amount in the account exceeds $10.00 until the full filing fee of $350.00 is paid.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 23, 2021.

 

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Matthew Alexander King
17576-104
Miami FDC
Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, FL 33101